evidencing tax payment in violation of 26 U.S.C. §§ 5205(a) (2) and 5604(a). In this appeal from such conviction defendants-appellants contend that the District Court erred in overruling their motion to suppress evidence, in permitting the appellee to rely on probable cause in making a search, and in not requiring the appellee to reveal the identity of its paid informer. We find the contentions to be without merit, and accordingly,

It is ordered that the judgments of the District Court be, and they hereby are, affirmed.

mitted to a joint conference board the question whether the union had a right to cancel the collective bargaining agreement on the ground that the employer had violated its provisions. The joint conference board found in favor of the union and the District Judge held the company was bound by the decision.

Upon consideration, the judgment of the District Court is affirmed for the reasons stated in the District Judge's memorandum opinion.

James A. TOTTON d/b/a Totton and Dunn Company, Plaintiff-Appellant,

v.

LOCAL 43 OF UNITED ASSOCIATION OF JOURNEYMEN, etc., Defendant-Appellee.

No. 17778.

United States Court of Appeals
Sixth Circuit.

May 9, 1968.

Certiorari Denied Oct. 21, 1968.

See 89 S.Ct. 239.

Sizer Chambliss, Chattanooga, Tenn., Jac Chambliss, Chattanooga, Tenn., on brief; Chambliss, Hodge, Bahner & Crawford, Chattanooga, Tenn., of counsel, for appellant.

S. Del Fuston, Chattanooga, Tenn., King & Fuston, Chattanooga, Tenn., of counsel, for appellee.

Before WEICK, Chief Judge, and McCREE and COMBS, Circuit Judges.

ORDER

The company has appealed from a judgment of the District Court holding that the language of a collective bargaining agreement provided for binding arbitration of all grievances except jurisdictional disputes. The parties had sub-

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

CLEVELAND STEREOTYPERS' UNION NO. 22, INTERNATIONAL STEREOTYPERS' AND ELECTROTYPERS' UNION OF NORTH AMERICA, AFL-CIO, Respondent.

No. 18111.

United States Court of Appeals
Sixth Circuit.

Oct. 31, 1968.

Herman M. Levy, N.L.R.B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Edward E. Wall, Attys., N. L. R. B., Washington, D. C., on brief, for petitioner.

Corrigan & Garver, John H. Garver, Cleveland, Ohio, on brief for respondent.

Before O'SULLIVAN and PHILLIPS, Circuit Judges, and CECIL, Senior Circuit Judge.

ORDER

This case is before the Court upon the petition of the National Labor Relations Board to enforce its order against the respondent labor union. The decision and order of the Board is reported at